THE HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

HOWARD M. SCHNOLL and BARBARA SCHNOLL, husband and wife,

Plaintiffs,

v.

CRUISEPORT CURACAO CV, a Curacao general partnership; HOLLAND AMERICA LINE NV d/b/a HOLLAND AMERICA LINE NV, LLC, a Curacao corporation, individually and as general partner of Cruiseport Curacao CV; HAL ANTILLEN NV, a Curacao corporation; HOLLAND AMERICA LINE-USA, INC., a Delaware corporation; HOLLAND AMERICA LINE, INC, a Washington corporation,

Defendants.

No. 2:17-cv-00043-JLR

**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL**

**STIPULATION**

**COME NOW** Plaintiffs Howard and Barbara Schnoll and Defendants Cruiseport Curacao CV, Holland America Line NV d/b/a Holland America Line NV, LLC, HAL

NIELSEN ✦ SHIELDS
PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

Antillen NV, Holland America Line-USA, Inc., and Holland America Line, Inc., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiffs' Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

DATED this 15th day of December, 2017.

s/ [signature]
SCOTT DAVID SMITH, WSBA # 48108
Fury Duarte PS
1606 148th Ave. S.E., Suite 102
Bellevue, WA 98007
Telephone: 425-643-1606
Facsimile: 425-643-2606
Email: scott@furyduarte.com
Attorneys for Plaintiffs



s/
LOUIS A. SHIELDS, WSBA # 25740
Nielsen Shields, PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone: 206-728-1300
Facsimile: 206-728-1302
Email: las@nielsenshields.com
Attorneys for Defendants

~~[PROPOSED]~~ ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiffs are hereby dismissed with prejudice, and without costs.

Dated this 15th day of December, 2017.

THE HONORABLE JAMES L. ROBART
United States District Court Judge

Presented By:

NIELSEN SHIELDS, PLLC

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
Nielsen Shields, PLLC
1000 2nd Ave., Suite 1950
Seattle, WA 98104
Phone: 206.728.1300
Fax: 206.728.1302
Email: las@nielsenshields.com
Attorneys for Defendants

STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL
No. 2:17-cv-00043-JLR – Page 3

NIELSEN + SHIELDS
PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Scott David Smith, Esq.
Fury Duarte PS
1606 148th Ave. S.E., Suite 102
Bellevue, WA 98007

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*Sheila Baskins*
Legal Assistant
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone: 206-728-1300
Facsimile: 206-728-1302
smb@nielsenshields.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No. 2:17-cv-00043-JLR – Page 4

NIELSEN ✦ SHIELDS
PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300